# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Freddy Lopez,<br><br>　　　　　　　Defendant. | No.  4: 14-CR-00099-TUC-JAS-JR-3<br><br><br>**ORDER** |

　　　Pending before the Court is Defendant's Motion to Separate Counts for Trial (Doc. 559).  Federal Rule of Criminal Procedure 8(a) allows for joinder of offenses if they "are of the same or similar character, or are based on the same act or transaction, or are connected with or constitute parts of a common scheme or plan."  A court may sever offenses, however, if joinder would unfairly prejudice a defendant.  Fed. R. Crim. P. 14(a).  In this case, the offenses are substantially related as the methamphetamine relevant to counts one, two, and six all came from the same person and in each circumstance, the methamphetamine was pure and of a distribution amount. Additionally, severing the charges would create additional burden on the judicial system as much of the evidence and many of the witnesses overlap.  For these reasons, Defendant's motion is DENIED.

　　　Also pending before the Court are a Motion for Joinder of Co-Defendant's Motion to Continue Trial (Doc. 572) and Motion to Designate as Complex Case (Doc. 558).  A status conference to discuss those motions is hereby set for **THURSDAY, MARCH 24**

**at 3:30 PM.**

Dated this 22nd day of March, 2016.

_____
Honorable James A. Soto
United States District Judge